Xcentric Ventures LLC et al v. Stanley

Doc. 1

Dockets.Justia.com

#37/24

AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Xcentric Ventures, LLC et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV-07-954-PHX-GMS |
| William Stanley, et al | ) |
| *Defendant* | ) |

3:09mc132

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 06/30/2009 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 12/21/2009

RICHARD H. WEARE
CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 2 9 2009

CLERK, U.S. DISTRICT COURT
By_____
Deputy

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; et al.,<br><br>Defendants. | Case No: CV-07-00954-PHX-GMS<br><br>**JUDGMENT ORDER** |

This matter having come on regularly before the Court, the Plaintiffs appearing and testifying by and through their attorneys, Jaburg & Wilk, P.C. by Maria Crimi Speth, the Defendants William "Bill" Stanley, William "Bill" Stanley d/b/a DefamationAction.com; William "Bill" Stanley d/b/a ComplaintRemover.com; William "Bill" Stanley aka Jim Rickson; and William "Bill" Stanley aka Matt Johnson appearing neither in person nor by counsel, and it appearing to the Court that the Defendants were duly served with a Summons and Complaint, that the time allowed by law having expired and no appearance or answer having been made by the Defendants and default having been entered against them and pursuant to the Motion for Entry of Final Judgment (Dkt. # 311),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of the Plaintiffs ED MAGEDSON and XCENTRIC VENTURES, LLC and against the Defendants WILLIAM "BILL" STANLEY, WILLIAM "BILL" STANLEY d/b/a DEFAMATIONACTION.COM; WILLIAM "BILL" STANLEY d/b/a

10297-14/LAR/LAR/732033_v1

COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; and WILLIAM "BILL" STANLEY aka MATT JOHNSON, jointly and severally, as follows:

   A.   For actual damages in the principal amount of $479,740.51;
   B.   For interest on the actual, compensatory and punitive damages at the federal legal rate of 2.08% per annum from the date of this Judgment until paid in full;
   C.   For Plaintiffs' taxable costs in the principal amount of $561.84; and
   D.   For interest on Plaintiffs' taxable costs at the federal legal rate of 2.08% per annum from the date of this Judgment until paid in full

**PERMANENT INJUNCTION**

**IT IS FURTHER ORDERED** that William "Bill" Stanley, William "Bill" Stanley d/b/a DefamationAction.com; William "Bill" Stanley d/b/a ComplaintRemover.com; William "Bill" Stanley aka Jim Rickson; and William "Bill" Stanley aka Matt Johnson and their officers, agents, employees, independent contractors, or other persons acting under their supervision and control or at their request are permanently enjoined from:

   1. Intentionally communicating or causing to be communicated any threat of an unlawful act of violence against any of the following:

   a. Ed Magedson.

   b. Xcentric Ventures, LLC.

   c. Any entity or individual that provides a business or legal service to Xcentric Ventures.

   d. Any entity or individual that advertises on Ripoffreport.com.

   e. Any customer of Xcentric or Ripoff Report.

   f. Any customer of any company or individual that provides a business or legal service to Xcentric Ventures.

2

10297-14/LAR/LAR/732033_v1

g. Any customer of any company or individual that advertises on Ripoffreport.com.

2. Causing a distributed denial of service ("DDoS") attack against the computer server or servers of any of the following:

　　a. Ed Magedson.

　　b. Xcentric Ventures, LLC.

　　c. Any entity or individual that provides a business or legal service to Xcentric Ventures.

　　d. Any entity or individual that advertises on Ripoffreport.com.

　　e. Any customer of Xcentric or Ripoff Report.

　　f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures.

　　g. Any customer of any entity or individual that advertises on Ripoffreport.com.

3. Knowingly making, or causing to be made, and transmitting to any third party any false and defamatory statement or representation concerning any of the following:

　　a. Ed Magedson.

　　b. Xcentric Ventures, LLC.

　　c. Any entity or individual that provides a business or legal service to Xcentric Ventures.

　　d. Any entity or individual that advertises on Ripoffreport.com.

　　e. Any customer of Xcentric or Ripoff Report.

　　f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures.

　　g. Any customer of any entity or individual that advertises on Ripoffreport.com.

10297-14/LAR/LAR/732033_v1

4. Posting on an Internet website or using in a domain name any false and defamatory statement or representation concerning any of the following:

    a. Ed Magedson.

    b. Xcentric Ventures, LLC.

    c. Any entity or individual that provides a business or legal service to Xcentric Ventures.

    d. Any entity or individual that advertises on Ripoffreport.com.

    e. Any customer of Xcentric or Ripoff Report.

    f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures.

    g. Any customer of any entity or individual that advertises on Ripoffreport.com.

5. Sending unsolicited spam email to any of the following:

    a. Ed Magedson.

    b. Xcentric Ventures, LLC.

    c. Any entity or individual that provides a business or legal service to Xcentric Ventures.

    d. Any entity or individual that advertises on Ripoffreport.com.

    e. Any customer of Xcentric or Ripoff Report.

    f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures.

    g. Any customer of any entity or individual that advertises on Ripoffreport.com.

6. Hacking into or otherwise unlawfully accessing any computer files of any of the following:

    a. Ed Magedson.

    b. Xcentric Ventures, LLC.

10297-14/LAR/LAR/732033_v1

c. Any entity or individual that provides a business or legal service to Xcentric Ventures.

d. Any entity or individual that advertises on Ripoffreport.com.

e. Any customer of Xcentric or Ripoff Report.

f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures.

g. Any customer of any entity or individual that advertises on Ripoffreport.com.

7. Willfully using without authorization copyrighted material owned by any of the following:

a. Ed Magedson.

b. Xcentric Ventures, LLC.

c. Any entity or individual that provides a business or legal service to Xcentric Ventures.

d. Any entity or individual that advertises on Ripoffreport.com.

e. Any customer of Xcentric or Ripoff Report.

f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures.

g. Any customer of any entity or individual that advertises on Ripoffreport.com.

8. Inundating any of the following with telephone calls or emails for the purposes of harassment and the disruption of business:

a. Ed Magedson.

b. Xcentric Ventures, LLC.

c. Any entity or individual that provides a business or legal service to Xcentric Ventures.

d. Any entity or individual that advertises on Ripoffreport.com.

5

10297-14/LAR/LAR/732033_v1

e. Any customer of Xcentric or Ripoff Report.

f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures.

g. Any customer of any entity or individual that advertises on Ripoffreport.com.

9. Publicizing online any private information pertaining to the personal residence or financial affairs of any of the following:

a. Any individual that provides a business or legal service to Xcentric Ventures.

b. Any individual that advertises on Ripoffreport.com.

c. Any customer of Xcentric or Ripoff Report.

d. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures.

e. Any customer of any entity or individual that advertises on Ripoffreport.com.

10. Knowingly sending or causing to be sent any email communications that falsely represent to be from any of the following:

a. Ed Magedson.

b. Xcentric Ventures, LLC.

c. Any entity or individual that provides a business or legal service to Xcentric Ventures.

d. Any entity or individual that advertises on Ripoffreport.com.

e. Any customer of Xcentric or Ripoff Report.

f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures.

g. Any customer of any entity or individual that advertises on Ripoffreport.com.

6

**IT IS FURTHER ORDERED** that this permanent injunction applies to William Stanley regardless of the name or names he uses or goes by or may in the future use or go by.

Dated this 30th day of June, 2009.

*H. Murray Snow*
G. Murray Snow
United States District Judge

10297-14/LAR/LAR/732033_v1

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

I hereby attest and certify on 12/21/09 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

by _____ Deputy